# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 16, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146440(135)

INTERNATIONAL BUSINESS MACHINES
CORPORATION,
      Plaintiff-Appellant,

v

      SC: 146440
      COA: 306618
      Court of Claims: 11-000033-MT

DEPARTMENT OF TREASURY,
      Defendant-Appellee.
_____/

On order of the Chief Justice, the motion of the Michigan Municipal League, Michigan Townships Association, and Michigan Association of Counties for leave to file an amicus curiae brief in support of the motion for rehearing is GRANTED. The amicus brief submitted on September 3, 2014, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2014 _____

Clerk